**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------X
**Dawan Williams** *also known as*
Kyshane Williams,

    Plaintiff,

                      09 Civ. 5213(ALC) (MHD)

   - against -            **ORDER**

**C.O. Greene** *O.B.C.C./C.P.S.U.*
*intake;* **Captain Knight**
*O.B.C.C./C.P.S.U. intake;*
**Adjudication Captain Cruz**
*O.B.C.C./C.P.S.U.;* and **Captain**
**Robertson** *#768, South Housing Unit,*

    Defendants.
---------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

    *Pro se* Plaintiff Dawan Williams, a/k/a Kyshane Williams, commenced this lawsuit on June 3, 2009 while he was incarcerated at a New York City Department of Correction Facility on Rikers Island. The complaint asserted claims under 42 U.S.C. § 1983 against various defendants for violations of Plaintiff's constitutional rights.  On February 24, 2011, Defendants moved to dismiss the complaint pursuant to Fed. R. Civ. P. 41(b) because of Plaintiff's failure to prosecute.  On May 5, 2011, the Honorable Michael H. Dolinger, United States Magistrate Judge, issued a report recommending that the Court grant Defendants' motion and dismiss the complaint with prejudice.  No objections have been filed.  Thus, the Court reviews the report

1

and recommendation for clear error and finds none. See Fed. R. Civ. P. 72(a). Accordingly, Judge Dolinger's well-reasoned report and recommendation is adopted in its entirety as the opinion of the Court, the complaint is dismissed with prejudice under Fed. R. Civ. P. 41(b), and the Clerk of Court is respectfully directed to close this case.

Dated: New York, New York
January 11, 2012

SO ORDERED.

_____
Andrew L. Carter, Jr.
United States District Judge